**INDEX OF EXHIBITS**

| Description | Exhibit No. |
|---|---|
| First Amended Complaint | A |
| Docket and Summons | B |
| Notice of Posting of Non-Resident Security Cost Bonds | C |
| Declaration of Abigail Barnett | D |
| Notice of Filing of Notice of Removal | E |