Jeff Silvestri (NSBN 5779)
Laura R. Jacobsen (NSBN 13699)
McDONALD CARANO LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV  89102
Telephone:  702.873.4100
Facsimile:   702.874.9966
jsilvestri@mcdonaldcarano.com
ljacobsen@mcdonaldcarano.com

Attorneys for Defendant Airbnb, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COLIN MARSHALL, an individual; CAROLINE VENTOLA, an individual; CHRIS CHENG, an individual; DANIEL DYKES, an individual; and WINSTON CHENG, an individual, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTOPHER GREGORY ROGERS, an individual; ROGERS HOLDINGS, II, LLC, a Nevada limited liability company; BARBARA L. ROGERS, an individual and Trustee/Beneficiary of The Rogers Family Trust; and DANNIE EARL ROGERS, an individual and Trustee/Beneficiary of The Rogers Family Trust; THE ROGERS FAMILY TRUST, an unknown entity; AIRBNB, INC., a Delaware corporation; DOES 1-50, unknown individuals; and ROE COMPANIES 1-50, unknown business entities,<br><br>Defendants. | CASE NO.  2:18-cv-00078-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT AIRBNB, INC. TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO LOCAL RULE IA 6-1**<br><br>**(First Request)** |

Pursuant to Local Rule IA 6-1, Plaintiffs Colin Marshall, Caroline Ventola, Chris Cheng, Daniel Dykes, and Winston Cheng (collectively, "Plaintiffs") and Defendant Airbnb, Inc. ("Airbnb"), through their respective undersigned counsel, hereby stipulate and agree that Airbnb's time to answer or otherwise respond to Plaintiff's First Amended Complaint (ECF No. 1-2) shall be extended up to and including February 2, 2018.  The reason for the stipulation for

1  extension of time is that the allegations and claims against Airbnb set forth in the First Amended
2  Complaint, including class action allegations, are complex. Airbnb requested additional time
3  from Plaintiffs to formulate its response, and Plaintiffs graciously agreed. This is the first
4  stipulation for extension of Airbnb's time to file its response to the First Amended Complaint.

DATED: January 18, 2018.     DATED: January 18, 2018.

SEMENZA KIRCHER RICKARD     McDONALD CARANO LLP

By:    */s/Lawrence J. Semenza, III*     By:    */s/ Laura R. Jacobsen*
     Lawrence J. Semenza, III (NSBN 7174)     Jeff Silvestri (NSBN 5779)
     Christopher D. Kicher (NSBN 11176)     Laura R. Jacobsen (NSBN 13699)
     Jarrod L. Rickard (NSBN 10203)     2300 West Sahara Avenue, Suite 1200
     10161 Park Run Drive, Suite 150     Las Vegas, Nevada 89102
     Las Vegas, Nevada 89145     Telephone: 702.873.4100
     Telephone: 702.835-6803     Facsimile: 702.873.9966
     Facsimile: 702.920-8669     jsilvestri@mcdonaldcarano.com
     ljs@skrlawyers.com     ljacobsen@mcdonaldcarano.com
     cdk@skrlawyers.com
     jlr@skrlawyers.com     Attorneys for Defendant Airbnb, Inc.

Attorneys for Plaintiffs Colin Marshall,
Caroline Ventola, Chris Cheng, Daniel
Dykes and Winston Cheng

## **ORDER**

IT IS SO ORDERED this ____ day of January, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

4820-3507-3626, v. 1