Jeff Silvestri (NV SBN 5779)
Laura Jacobsen (NV SBN 13699)
McDONALD CARANO LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: 702.873.4100
Facsimile: 702.874.9966
jsilvestri@mcdonaldcarano.com
ljacobsen@mcdonaldcarano.com

Attorneys for Defendant Airbnb, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COLIN MARSHALL, an individual; CAROLINE VENTOLA, an individual; CHRIS CHENG, an individual; DANIEL DYKES, an individual; and WINSTON CHENG, an individual, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTOPHER GREGORY ROGERS, an individual; ROGERS HOLDINGS, II, LLC, a Nevada limited liability company; BARBARA L. ROGERS, an individual and Trustee/Beneficiary of The Rogers Family Trust; and DANNIE EARL ROGERS, an individual and Trustee/Beneficiary of The Rogers Family Trust; THE ROGERS FAMILY TRUST, an unknown entity; AIRBNB, INC., a Delaware corporation; DOES 1-50, unknown individuals; and ROE COMPANIES 1-50, unknown business entities,<br><br>Defendants. | CASE NO. 2:18-cv-00078-JAD-CWH<br><br>**APPENDIX TO DECLARATION OF KYLE MILLER IN SUPPORT OF AIRBNB'S MOTION TO COMPEL ARBITRATION** |

| **Document Description** | **Exhibit** | **Page(s)** |
|---|---|---|
| Initial Airbnb account sign-up screen in June 2013 | 1 | 001-002 |
| Second Airbnb account sign-up screen in June 2013 | 2 | 003-004 |
| Initial Airbnb account sign-up screen October 21, 2015 (web browser) | 3 | 005-006 |
| Second Airbnb account sign-up screen on October 21, 2015 (web browser) | 4 | 007-008 |
| Initial Airbnb account sign-up screen on November 25, 2015 (mobile device) | 5 | 009-010 |
| Second Airbnb account sign-up screen on November 25, 2015 (mobile device) | 6 | 011-012 |
| Initial Airbnb account sign-up screen on December 10, 2015 (mobile device) | 7 | 013-014 |
| Second Airbnb account sign-up screen on December 10, 2015 (mobile device) | 8 | 015-017 |
| Chart of Airbnb business records re sign-up dates and dates that terms of service were accepted | 9 | 018-019 |
| Email Notification re Updated Terms of Service April 11, 2014 (W. Cheng) | 10 | 020-021 |
| Email Notification re Updated Terms of Service July 14, 2015 (W. Cheng) | 11 | 022-023 |
| Email Notification re Updated Terms of Service April 8, 2014 (D. Dykes) | 12 | 024-025 |
| Email Notification re Updated Terms of Service July 13, 2015 (D. Dykes) | 13 | 026-027 |
| Image of user screen for accepting Terms of Service update (version 2) | 14 | 028-030 |
| Image of user screen for accepting Terms of Service update (version 3) | 15 | 031-033 |
| Image of user screen for accepting Terms of Service update (version 4) | 16 | 034-036 |
| Image of user screen for accepting Terms of Service update (version 5) | 17 | 037-039 |
| Image of user screen for accepting Terms of Service update (version 6) | 18 | 040-042 |
| Casa Rogers Private Estate Agreement, CRPE Agreement Terms & Conditions dated August 7, 2015 (personal information redacted) | 19 | 043-048 |
| Airbnb Terms of Service August 15, 2011 | 20 | 049-069 |
| Airbnb Terms of Service May 22, 2012 | 21 | 070-125 |
| Airbnb Terms of Service April 7, 2014 | 22 | 126-173 |
| Airbnb Terms of Service July 6, 2015 | 23 | 174-210 |
| Airbnb Terms of Service March 29, 2016 | 24 | 211-280 |
| Airbnb Terms of Service October 27, 2016 | 25 | 281-304 |

1  DATED: February 2, 2018.        MCDONALD CARANO LLP

                                   By: */s/ Jeff Silvestri*
                                   Jeff Silvestri (NV SBN 5779)
                                   Laura Jacobsen (NV SBN 13699)
                                   2300 W. Sahara Avenue, Suite 1200
                                   Las Vegas, NV  89102
                                   Telephone:  702.873.4100
                                   jsilvestri@mcdonaldcarano.com
                                   ljacobsen@mcdonaldcarano.com

                                   Attorneys for Defendant Airbnb, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of McDonald Carano LLP, and that on the 2nd day of February, 2018, a true and correct copy of the foregoing **APPENDIX TO DECLARATION OF KYLE MILLER IN SUPPORT OF AIRBNB'S MOTION TO COMPEL ARBITRATION** was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to the following counsel of record registered to receiv CM/ECF notification:

    Lawrence J. Semenza, III, Esq.
    Christopher D. Kircher, Esq.
    Jarrod L. Rickard, Esq.
    Semenza Kicher Rickard
    10161 Park Run Drive, Suite 150
    Las Vegas, Nevada 89145

I FURTHER CERTIFY that I served a true and correct copy of the foregoing **APPENDIX TO DECLARATION OF KYLE MILLER IN SUPPORT OF AIRBNB'S MOTION TO COMPEL ARBITRATION** via United States Mail as follows:

    John T. Keating
    Kimberly L. Johnson
    Colin Cavanaugh
    Keating Law Group
    9130 W. Russell Ave., Suite 200
    Las Vegas, NV 89148

    Brian F. Zimmerman, Esq.
    Jonathon C. Roberts, Esq.
    Zimmerman Law Firm
    7670 W. Lake Mead Blvd., Suite 140
    Las Vegas, NV 89128

                                           /s/ *Karen Surowiec*
                                           An employee of McDonald Carano LLP