Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@skrlawyers.com
Christopher D. Kircher, Esq., Bar No. 11176
Email: cdk@skrlawyers.com
Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

*Attorneys for Plaintiffs Colin Marshall, Caroline Ventola,
Chris Cheng, Daniel Dykes and Winston Cheng*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COLIN MARSHALL, an individual; CAROLINE VENTOLA, an individual; CHRIS CHENG, an individual; DANIEL DYKES, an individual; and WINSTON CHENG, an individual;<br><br>Plaintiffs,<br>v.<br><br>CHRISTOPHER GREGORY ROGERS, an individual; ROGERS HOLDINGS, II, LLC, a Nevada limited liability company; BARBARA L. ROGERS, an individual and Trustee/Beneficiary of The Rogers Family Trust; and DANNIE EARL ROGERS, an individual and Trustee/Beneficiary of The Rogers Family Trust; THE ROGERS FAMILY TRUST, an unknown entity; AIRBNB, INC., a Delaware corporation; DOES 1-50, unknown individuals; and ROE COMPANIES 1-50, unknown business entities,<br>Defendants. | CASE NO. 2:18-cv-00078-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT AIRBNB, INC.'S MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

Pursuant to Local Rule IA 6-1, Plaintiffs Colin Marshall, Caroline Ventola, Chris Cheng, Daniel Dykes, and Winston Cheng (collectively, "Plaintiffs") and Defendant Airbnb, Inc. ("Airbnb"), through their respective undersigned counsel, hereby stipulate and agree that

1

SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

Plaintiffs' time to respond to Airbnb's Motion to Compel Arbitration (ECF No. 8) and Airbnb's Motion to Dismiss First Amended Complaint (ECF No. 12) shall be extended up to and including March 16, 2018 and Airbnb shall have up to and including April 6, 2018 to file any reply in support of its above referenced motions. The reason for the stipulation is the extensive nature of the respective motions and the other professional obligations of counsel. This is the first stipulated request to extend the time relating to Airbnb's Motion to Compel Arbitration and Motion to Dismiss First Amended Complaint.

DATED this 8th day of February 2018.

DATED this 8th day of February 2018.

SEMENZA KIRCHER RICKARD

McDONALD CARANO LLP

/s/ Lawrence J. Semenza, III
Lawrence J. Semenza, III, Esq., Bar No. 7174
Christopher D. Kircher, Esq., Bar No. 11176
Jarrod L. Rickard, Esq., Bar No. 10203
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

/s/ Jeff Silvestri
Jeff Silvestri, Esq., Bar No. 5779
Laura R. Jacobsen, Esq. Bar No. 13699
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV 89102

*Attorneys for Plaintiffs Colin Marshall, Caroline Ventola, Chris Cheng, Daniel Dykes and Winston Cheng*

*Attorneys for Defendant Airbnb, Inc.*

## ORDER

**IT IS SO ORDERED** this  9th  day of February 2018.

_____
UNITED STATES DISTRICT COURT JUDGE