Jeff Silvestri (NSBN 5779)
Laura R. Jacobsen (NSBN 13699)
McDONALD CARANO LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: 702.873.4100
Facsimile: 702.874.9966
jsilvestri@mcdonaldcarano.com
ljacobsen@mcdonaldcarano.com

Attorneys for Defendant Airbnb, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COLIN MARSHALL, an individual; CAROLINE VENTOLA, an individual; CHRIS CHENG, an individual; DANIEL DYKES, an individual; and WINSTON CHENG, an individual, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTOPHER GREGORY ROGERS, an individual; ROGERS HOLDINGS, II, LLC, a Nevada limited liability company; BARBARA L. ROGERS, an individual and Trustee/Beneficiary of The Rogers Family Trust; and DANNIE EARL ROGERS, an individual and Trustee/Beneficiary of The Rogers Family Trust; THE ROGERS FAMILY TRUST, an unknown entity; AIRBNB, INC., a Delaware corporation; DOES 1-50, unknown individuals; and ROE COMPANIES 1-50, unknown business entities,<br><br>Defendants. | CASE NO. 2:18-cv-00078-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS AND ROGERS DEFENDANTS TO FILE REPLY BRIEFS IN SUPPORT OF MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT**<br><br>**(First Request)** |

Pursuant to Local Rule IA 6-1, Defendant Airbnb, Inc., ("Airbnb"), defendants Christopher Gregory Rogers, Rogers Holdings, II, LLC, Barbara L. Rogers, Dannie Earl Rogers, and the Rogers Family Trust (collectively the "Rogers Defendants") and plaintiffs Colin Marshall, Caroline Ventola, Chris Cheng, Daniel Dykes, and Winston Cheng (collectively "Plaintiffs"), by and through their respective undersigned counsel, hereby stipulate and agree

that Plaintiffs and Rogers Defendants time to file reply briefs to Airbnb's Opposition to Motion for Determination of Good Faith Settlement (ECF No. 31) ("Opposition") shall be extended up to and including April 6, 2018. The reason for the stipulation for extension of time is the complexity of factual issues raised in Airbnb's Opposition and that counsel have been travelling during the time to draft a reply. This is the first stipulation for extension of time for Plaintiffs and Rogers Defendants to file its reply to Airbnb's Opposition.

RESPECTFULLY SUBMITTED this 30th day of March, 2018.

| McDONALD CARANO LLP | ZIMMERMAN LAW FIRM, P.C. |
|---|---|
| By: */s/ Jeff Silvestri* <br> Jeff Silvestri (NSBN 5779) <br> Laura R. Jacobsen (NSBN 13699) <br> 2300 W. Sahara Avenue, Suite 1200 <br> Las Vegas, NV 89102 <br> Telephone: 702.873.4100 <br> Facsimile: 702.873.9966 <br> jsilvestri@mcdonaldcarano.com <br> ljacobsen@mcdonaldcarano.com <br><br> *Attorneys for defendant Airbnb, Inc.* | By: */s/ Brian F. Zimmerman* <br> Brian F. Zimmerman, Esq. (NSBN 7570) <br> 7670 W. Lake Mead Blvd., Suite 140 <br> Las Vegas, NV 89128 <br> Telephone: 702.228.8916 <br> Facsimile: 702.228.8917 <br> bzimmerman@za-law.com <br><br> *Attorneys for defendants Christopher Gregory Rogers, Rogers Holdings, II, LLC, Barbara Rogers, Dannie Earl Rogers, and the Rogers Family Trust* |

**IT IS SO ORDERED.**

Dated: April 2, 2018.

_____
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| KEATING LAW GROUP | SEMENZA KIRCHER RICKARD |
| By: *John T. Keating*<br>    John T. Keating, Esq.<br>    9130 W. Russell Road, Suite 200<br>    Las Vegas, NV 89148<br>    Telephone: 702.228.6800<br>    Facsimile: 702.228.0443<br>    jkeating@keatinglg.com<br><br>    *Attorneys for defendants Barbara L. Rogers, Dannie Earl Rogers and The Rogers Family Trust* | By: */s/ Lawrence J. Semenza, III*<br>    Lawrence J. Semenza, III (NSBN 7174)<br>    Christopher D. Kircher (NSBN 11176)<br>    Jarrod L. Rickard (NSBN 10203)<br>    10161 Park Run Drive, Suite 150<br>    Las Vegas, NV 89145<br>    Telephone: 702.835.6803<br>    Facsimile: 702.920.8669<br>    ljs@skrlawyers.com<br>    cdk@skrlawyers.com<br>    jlr@skrlawyers.com<br><br>    *Attorneys for plaintiffs Colin Marshall, Caroline Ventola, Chris Cheng, Daniel Dykes, and Winston Cheng* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____