1  Jeff Silvestri (NSBN 5779)
   Laura R. Jacobsen (NSBN 13699)
2  McDONALD CARANO LLP
   2300 W. Sahara Avenue, Suite 1200
3  Las Vegas, NV 89102
   Telephone: 702.873.4100
4  Facsimile: 702.874.9966
   jsilvestri@mcdonaldcarano.com
5  ljacobsen@mcdonaldcarano.com

6  Attorneys for Defendant Airbnb, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COLIN MARSHALL, an individual; CAROLINE VENTOLA, an individual; CHRIS CHENG, an individual; DANIEL DYKES, an individual; and WINSTON CHENG, an individual, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTOPHER GREGORY ROGERS, an individual; ROGERS HOLDINGS, II, LLC, a Nevada limited liability company; BARBARA L. ROGERS, an individual and Trustee/Beneficiary of The Rogers Family Trust; and DANNIE EARL ROGERS, an individual and Trustee/Beneficiary of The Rogers Family Trust; THE ROGERS FAMILY TRUST, an unknown entity; AIRBNB, INC., a Delaware corporation; DOES 1-50, unknown individuals; and ROE COMPANIES 1-50, unknown business entities,<br><br>Defendants. | CASE NO. 2:18-cv-00078-JAD-CWH<br><br>**STIPULATION AND ORDER TO RESCHEDULE APRIL 27, 2018 HEARING ON DEFENDANTS ROGERS HOLDINGS II, LLC T/A CASA ROGERS PRIVATE ESTATE, CHRISTOPHER GREGORY ROGERS, BARBARA L. ROGERS, DANNIE EARL ROGERS AND ROGERS FAMILY TRUST'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT [ECF NO. 23]** |

Defendant Airbnb, Inc., ("Airbnb"), defendants Christopher Gregory Rogers, Rogers Holdings, II, LLC, Barbara Rogers, Dannie Earl Rogers, and the Rogers Family Trust (collectively the "Rogers Defendants") and plaintiffs Colin Marshall, Caroline Ventola, Chris Cheng, Daniel Dykes, and Winston Cheng (collectively "Plaintiffs"), by and through their respective undersigned counsel, hereby stipulate, agree and respectfully request that the Court

continue the hearing on Defendants Rogers Holdings II, LLC T/A Casa Rogers Private Estate, Christopher Gregory Rogers, Barbara L. Rogers, Dannie Earl Rogers and Rogers Family Trust's Motion For Determination Of Good Faith Settlement (ECF No. 23) currently scheduled for April 27, 2018 at 1:30 p.m. to **April 25, 2018, 2018 at 3:00 p.m**.

RESPECTFULLY SUBMITTED this 2nd day of April, 2018.

McDONALD CARANO LLP

By: */s/ Jeff Silvestri*
Jeff Silvestri (NSBN 5779)
Laura R. Jacobsen (NSBN 13699)
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: 702.873.4100
Facsimile: 702.873.9966
jsilvestri@mcdonaldcarano.com
ljacobsen@mcdonaldcarano.com

*Attorneys for defendant Airbnb, Inc.*

KEATING LAW GROUP

By: /s/ *John T. Keating*
John T. Keating, Esq.
9130 W. Russell Road, Suite 200
Las Vegas, NV 89148
Telephone: 702.228.6800
Facsimile: 702.228.0443
jkeating@keatinglg.com

*Attorneys for defendants Barbara L. Rogers, Dannie Earl Rogers and The Rogers Family Trust*

ZIMMERMAN LAW FIRM, P.C.

By: */s/ Brian F. Zimmerman*
Brian F. Zimmerman, Esq. (NSBN 7570)
7670 W. Lake Mead Blvd., Suite 140
Las Vegas, NV 89128
Telephone: 702.228.8916
Facsimile: 702.228.8917
bzimmerman@za-law.com

*Attorneys for defendants Christopher Gregory Rogers, Rogers Holdings, II, LLC, Barbara Rogers, Dannie Earl Rogers, and the Rogers Family Trust*

SEMENZA KIRCHER RICKARD

By: */s/ Lawrence J. Semenza, III*
Lawrence J. Semenza, III (NSBN 7174)
Christopher D. Kircher (NSBN 11176)
Jarrod L. Rickard (NSBN 10203)
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
Telephone: 702.835.6803
Facsimile: 702.920.8669
ljs@skrlawyers.com
cdk@skrlawyers.com
jlr@skrlawyers.com

*Attorneys for plaintiffs Colin Marshall, Caroline Ventola, Chris Cheng, Daniel Dykes, and Winston Cheng*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: 4/2/2018