# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| COLIN MARSHALL, et al., | Case No. 2:18-cv-00078-JAD-CWH |
| Plaintiffs, | |
| v. | **ORDER** |
| CHRISTOPHER GREGORY ROGERS, et al., | |
| Defendants. | |

Presently before the court is defendant Airbnb's Motion for Order Shortening Time for Briefing and Oral Argument of Airbnb's Motion to Continue Stay of Discovery (ECF No. 57), filed on June 5, 2018. The court finds good cause exists to grant the motion.

IT IS THEREFORE ORDERED that Airbnb's Motion to Continue Stay of Discovery (ECF No. 56) shall be briefed on the following schedule:

1. Deadline to file a response: June 11, 2018.

2. Deadline to file a reply: June 14, 2018.

IT IS FURTHER ORDERED that Airbnb's Motion to Continue Stay of Discovery (ECF No. 56) is set for oral argument on June 21, 2018 at 9:00 a.m.

DATED: June 6, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE