**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| COLIN MARSHALL, et al., | Case No. 2:18-cv-00078-JAD-CWH |
| Plaintiffs, | |
| v. | **ORDER** |
| CHRISTOPHER GREGORY ROGERS, et al., | |
| Defendants. | |

Presently before the court is the parties' Stipulation and [Proposed] Order to Reschedule the June 21, 2018 Hearing and Briefing on Defendant Airbnb, Inc.'s Motion to Continue Stay of Discovery (ECF No. 56), filed on June 11, 2018. The court finds good cause exists to grant the stipulation, and to stay discovery pending the resolution of defendant Airbnb, Inc.'s motion to stay (ECF No. 56).

IT IS THEREFORE ORDERED that Airbnb's Motion to Continue Stay of Discovery (ECF No. 56) shall be briefed on the following schedule:

1. Deadline to file a response: June 18, 2018.

2. Deadline to file a reply: June 22, 2018.

IT IS FURTHER ORDERED that Airbnb's Motion to Continue Stay of Discovery (ECF No. 56) is set for oral argument on July 5, 2018 at 2:00 p.m.

IT IS FURTHER ORDERED that discovery in this case is STAYED pending the resolution of defendant Airbnb, Inc.'s motion to stay (ECF No. 56).

DATED: June 13, 2018

_____
C.W. HOFFMAN, JR
UNITED STATES MAGISTRATE JUDGE