Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@skrlawyers.com
Christopher D. Kircher, Esq., Bar No. 11176
Email: cdk@skrlawyers.com
Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

*Attorneys for Plaintiffs Colin Marshall, Caroline Ventola,
Chris Cheng, Daniel Dykes and Winston Cheng*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COLIN MARSHALL, an individual; CAROLINE VENTOLA, an individual; CHRIS CHENG, an individual; DANIEL DYKES, an individual; and WINSTON CHENG, an individual;<br><br>                Plaintiffs,<br>v.<br><br>CHRISTOPHER GREGORY ROGERS, an individual; ROGERS HOLDINGS, II, LLC, a Nevada limited liability company; BARBARA L. ROGERS, an individual and Trustee/Beneficiary of The Rogers Family Trust; and DANNIE EARL ROGERS, an individual and Trustee/Beneficiary of The Rogers Family Trust; THE ROGERS FAMILY TRUST, an unknown entity; AIRBNB, INC., a Delaware corporation; DOES 1-50, unknown individuals; and ROE COMPANIES 1-50, unknown business entities,<br>                Defendants. | CASE NO. 2:18-cv-00078-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR BRIEFING SCHEDULE ON DEFENDANT AIRBNB, INC.'S MOTION TO CONTINUE STAY OF DISCOVERY**<br><br>**(Second Request)** |

Pursuant to Local Rule IA 6-1, Plaintiffs Colin Marshall, Caroline Ventola, Chris Cheng, Daniel Dykes, and Winston Cheng (collectively, "Plaintiffs") and Defendant Airbnb, Inc. ("Airbnb"), through their respective undersigned counsel, hereby stipulate and agree that

*SEMENZA KIRCHER RICKARD*
*10161 Park Run Drive, Suite 150*
*Las Vegas, Nevada 89145*
*Telephone: (702) 835-6803*

Plaintiffs' time to respond to Airbnb's Motion to Continue Stay of Discovery (the "Motion") (ECF No. 56) shall be extended up to and including June 20, 2018 and Airbnb shall have up to and including June 27, 2018 to file its reply in support of the above referenced motion. The reason for the stipulation is the extensive nature of the respective motion and the other professional obligations of counsel. This is the second stipulated request to extend the time for the parties to respond to Airbnb's Motion to Continue Stay of Discovery. This stipulation will not impact the hearing presently scheduled for July 5, 2018 at 2:00 p.m. relating to the Motion.

DATED this 14th day of June 2018.

SEMENZA KIRCHER RICKARD

/s/ Lawrence J. Semenza, III
Lawrence J. Semenza, III, Esq., Bar No. 7174
Christopher D. Kircher, Esq., Bar No. 11176
Jarrod L. Rickard, Esq., Bar No. 10203
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

*Attorneys for Plaintiffs Colin Marshall, Caroline Ventola, Chris Cheng, Daniel Dykes and Winston Cheng*

DATED this 14th day of June 2018.

McDONALD CARANO LLP

/s/ Laura R. Jacobsen
Jeff Silvestri, Esq., Bar No. 5779
Laura R. Jacobsen, Esq. Bar No. 13699
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV 89102

*Attorneys for Defendant Airbnb, Inc.*

## **ORDER**

**IT IS SO ORDERED** this 20 day of June 2018.

_____
UNITED STATES MAGISTRATE JUDGE