Jeff Silvestri (NSBN 5779)
Laura R. Jacobsen (NSBN 13699)
McDONALD CARANO LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: 702.873.4100
Facsimile: 702.874.9966
jsilvestri@mcdonaldcarano.com
ljacobsen@mcdonaldcarano.com
Attorneys for Defendant Airbnb, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COLIN MARSHALL, an individual; CAROLINE VENTOLA, an individual; CHRIS CHENG, an individual; DANIEL DYKES, an individual; and WINSTON CHENG, an individual, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTOPHER GREGORY ROGERS, an individual; ROGERS HOLDINGS, II, LLC, a Nevada limited liability company; BARBARA L. ROGERS, an individual and Trustee/Beneficiary of The Rogers Family Trust; and DANNIE EARL ROGERS, an individual and Trustee/Beneficiary of The Rogers Family Trust; THE ROGERS FAMILY TRUST, an unknown entity; AIRBNB, INC., a Delaware corporation; DOES 1-50, unknown individuals; and ROE COMPANIES 1-50, unknown business entities,<br><br>Defendants. | CASE NO. 2:18-cv-00078-JAD-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 80 |

Plaintiffs Colin Marshall, Caroline Ventola, Chris Cheng, Daniel Dykes, and Winston Cheng (collectively "Plaintiffs"), Defendant Airbnb, Inc., ("Airbnb"), defendants Christopher Gregory Rogers, Rogers Holdings, II, LLC, Barbara Rogers, Dannie Earl Rogers, and the Rogers Family Trust (collectively the "Rogers Defendants"), by and through their respective undersigned counsel, hereby stipulate and agree to dismiss this action in its entirety with

prejudice, with each party to bear its own attorney's fees and costs. The parties therefore respectfully request that the Court enter an Order dismissing this action with prejudice with each party to bear its own attorney's fees and costs.

RESPECTFULLY SUBMITTED this 26th day of March, 2019.

| McDONALD CARANO LLP | ZIMMERMAN LAW FIRM, P.C. |
|---|---|
| By: */s/ Jeff Silvestri*<br>Jeff Silvestri (NSBN 5779)<br>Laura R. Jacobsen (NSBN 13699)<br>2300 W. Sahara Avenue, Suite 1200<br>Las Vegas, NV 89102<br>Telephone: 702.873.4100<br>Facsimile: 702.873.9966<br>jsilvestri@mcdonaldcarano.com<br>ljacobsen@mcdonaldcarano.com<br><br>*Attorneys for defendant Airbnb, Inc.* | By: */s/ Brian F. Zimmerman*<br>Brian F. Zimmerman (NSBN 7570)<br>7670 W. Lake Mead Blvd., Suite 140<br>Las Vegas, NV 89128<br>Telephone: 702.228.8916<br>Facsimile: 702.228.8917<br>bzimmerman@za-law.com<br><br>*Attorneys for defendants Christopher Gregory Rogers, Rogers Holdings, II, LLC, Barbara Rogers, Dannie Earl Rogers, and the Rogers Family Trust* |
| KEATING LAW GROUP | SEMENZA KIRCHER RICKARD |
| By: */s/ Bryce B. Buckwalter*<br>John T. Keating (NSBN 6373)<br>Bryce B. Buckwalter (NSBN 7626)<br>9130 W. Russell Road, Suite 200<br>Las Vegas, NV 89148<br>Telephone: 702.228.6800<br>Facsimile: 702.228.0443<br>jkeating@keatinglg.com<br>bbuckwalter@keatinglg.com<br><br>*Attorneys for defendants Barbara L. Rogers, Dannie Earl Rogers and The Rogers Family Trust* | By: */s/ Lawrence J. Semenza, III*<br>Lawrence J. Semenza, III (NSBN 7174)<br>Christopher D. Kircher (NSBN 11176)<br>Jarrod L. Rickard (NSBN 10203)<br>10161 Park Run Drive, Suite 150<br>Las Vegas, NV 89145<br>Telephone: 702.835.6803<br>Facsimile: 702.920.8669<br>ljs@skrlawyers.com<br>cdk@skrlawyers.com<br>jlr@skrlawyers.com<br><br>*Attorneys for plaintiffs Colin Marshall, Caroline Ventola, Chris Cheng, Daniel Dykes, and Winston Cheng* |

## ORDER

Based on the parties' stipulation **[ECF No. 80]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 27, 2019